# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00308-CR

**Terry James Anderson, Appellant**

**v.**

**The State of Texas, Appellee**

---

**FROM THE COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY**
**NO. 04-3721-3, HONORABLE DONALD HIGGINBOTHAM, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant's brief was originally due January 7, 2006. The time for filing was extended to March 10, 2006, on counsel's motion. Neither a brief nor another motion for extension of time has been received. Appellant is represented by Mr. John R. Duer, who was appointed by the trial court.

The appeal is abated. The trial court shall conduct a hearing to determine whether appellant wishes to pursue this appeal and, if so, whether the attorney it appointed has abandoned the appeal. Tex. R. App. P. 38.8(b)(2). The court shall make appropriate findings and recommendations. If Mr. Duer is not prepared to prosecute this appeal in a timely fashion, the court shall appoint substitute counsel who will effectively represent appellant on appeal. A record from this hearing, including copies of all findings and orders and a transcription of the court reporter's

notes, shall be forwarded to the Clerk of this Court for filing as a supplemental record no later than April 28, 2006. *Id*. rule 38.8(b)(3).

 

 

_____

G. Alan Waldrop, Justice

Before Justices B. A. Smith, Puryear and Waldrop

Filed:   April 6, 2006

Do Not Publish